IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br><br>EDWARD GEORGE FARIA,<br>5145 West Oak Highland Drive<br>Antioch, TN 37013<br>SSN: XXX-XX-7844<br>          Debtor(s). | Bk. No. **18-03010-CW3-13**<br>Chapter 13<br>Judge Charles M. Walker |

### TRUSTEE'S MOTION TO CONVERT FOR UNREASONABLE DELAY FOR NONAPPEARANCE

      Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully moves this Court to convert the above-styled case to Chapter 7 for cause, for unreasonable delay by the debtor that is prejudicial to creditors, pursuant to 11 U.S.C. § 1307(c)(1). In support of the motion, the Trustee would state that the above-referenced debtor failed to appear for the Meeting of Creditors as previously ordered by this Court, with all documents filed with the Court and provided to the Trustee as required by 11 U.S.C. § 521.

      The failure of the debtor to appear at a Meeting of Creditors with all documents filed with the Court and provided to the Trustee as required by 11 U.S.C. § 521 results in an unreasonable delay by the debtor that is prejudicial to creditors and justifies conversion of the debtor's case.

      WHEREFORE, THE PREMISES CONSIDERED, the Trustee respectfully moves this Court to convert the above-styled case to a case proceeding under Chapter 7, for cause, for unreasonable delay by the debtor that is prejudicial to creditors, pursuant to 11 U.S.C. § 1307(c)(1), for the debtor's failure to appear at a Meeting of Creditors pursuant to this Court's order with all documents filed with the Court and provided to the Trustee as required by 11 U.S.C. § 521.

Respectfully submitted,

/s/ Henry E. Hildebrand, III

Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

### CERTIFICATE OF SERVICE

      I, the undersigned, hereby certifies that on or before the 19th day of June, 2018, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

U. S. Trustee

*By U. S. Postal Service, postage prepaid to:*

Edward G. Faria, 5145 West Oak Highland Drive, Antioch, TN 37013
All Creditors on Attached Mailing List

*By U. S. Postal Service, certified mail to:*

Edward G. Faria, 5145 West Oak Highland Drive, Antioch, TN 37013

/s/ Henry E. Hildebrand, III

Henry E. Hildebrand, III
Chapter 13 Trustee

EDWARD GEORGE FARIA  5145 WEST OAK HIGHLAND DR ANTIOCH, TN  37013-4231

RUBIN LUBLIN TN PLLC  119 S MAIN ST STE 500 MEMPHIS, TN  38103

OAK HIGHLANDS DEER VALLEY HOA  P O BOX 455 ANTIOCH, TN  37013

SELECT PORTFOLIO SERVICING  P O BOX 65250 SALT LAKE CITY, UT  84165-0250

UNITED STATES TREASURY  P O BOX 7317 PHILADELPHIA, PA  19101-7317

INTERNAL REVENUE SERVICE  P O BOX 7346 PHILADELPHIA, PA  19101-7346

CONOR F SULLIVAN  P O BOX 90274 NASHVILLE, TN  37209